*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

1. Sender

   Ljubljana District Court
   Tavčarajeva 9
   1000 Ljubljana
   Slovenia

2. Central Authority of the Requested State

   Office of International Judicial Assistance
   U.S. Department of Justice
   1100 L Street, NW, Room 8102
   Washington, D.C. 20005
   United States of America

3. Person to whom the executed request is to be returned

   Ljubljana District Court
   Tavčarajeva 9
   1000 Ljubljana
   Slovenia
   Case no. : II N 1152/2019

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

   Date — As soon as possible.

   Reason for urgency* — /

CIV 189-269-23-2
Feb 13, 2023

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5. a  Requesting judicial authority (Article 3,a))

Ljubljana District Court
Tavčarajeva 9
1000 Ljubljana
Slovenia

b  To the competent authority of (Article 3, a))

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

c  Names of the case and any identifying number

II N 1152/2019

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, b))

a  Plaintiff

Matjaž Hiršman, Kolodvorska ulica 14a, Ljubljana, Slovenia

Representatives

Law firm Sluga, Cigaletova 1, Ljubljana, Slovenia

b  Defendant

Tanja Krainer, Povšetova ulica 29, Ljubljana, Slovenia

Representatives

Law firm Lucija Šinkovec Ušaj, Štefanova 3, Ljubljana, Slovenia

c  Other parties

/

Representatives

/

| | | | |
|---|---|---|---|
| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Children's trust in care and upbringing, establishing contacts and alimony. |
| | b | Summary of complaint | Nature and purpose of the proceedings are confidential (family affairs). |
| | c | Summary of defence and counterclaim* | Nature and purpose of the proceedings are confidential (family affairs). |
| | d | Other necessary information or documents* | / |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | Obtaining data on transactions on the account no. ▓▓▓ (COMMUNITY FEDERAL SAVINGS BANK, USA) for the period from 15th October 2019 until the issue of the statement for the entity: Matjaž Hiršman s.p., Registration no.: ▓▓▓ Tax no.: ▓▓▓ |
| | b | Purpose of the evidence or judicial act sought | Determining the amount of alimony. |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | / |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | / |

11. Documents or other property to be inspected
   (Article 3, *g*))*

12. Any requirement that the evidence be given on oath or affirmation and any special form to be used
   (Article 3, *h*))*

13. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.)
   (Articles 3, *i*) and 9)*

14. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified
   (Article 7)*

15. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request
   (Article 8)*

16. Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, *b*))*

    /

17. The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by*

    /

DATE OF REQUEST

13th January 2023

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY

*[signature and seal of Okrožno sodišče v Ljubljani, Republika Slovenija]*

**Erase all entries**    **Print**