UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE:                                              :          *EX PARTE* ORDER
                                                    :
LETTER ROGATORY FOR                                 :          M 93
INTERNATIONAL JUDICIAL                              :
ASSISTANCE FROM THE LJUBLJANA                       :          23-mc-108
DISTRICT COURT LJUBLJANA,                           :
SLOVENIA, IN THE MATTER OF                          :
MATJAŽ HIRŠMAN v. TANJA KRAINER                     :

-------------------------------------------------------x

WHEREAS, the United States of America, by its attorney, Damian Williams,

United States Attorney for the Southern District of New York, on behalf of the Ljubljana District

Court, Ljubljana, Slovenia, is seeking to obtain information from Community Federal Savings

Bank, in New York, New York, for use in connection with a judicial proceeding pending in that

court captioned *Matjaž Hiršman v. Tanja Krainer*;

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a)

and Rule 28(a) of the Federal Rules of Civil Procedure, that Mary Ellen Brennan,

Assistant United States Attorney, Southern District of New York, be and hereby is appointed as

Commissioner, to take such lawful steps as are necessary to obtain information from Community

Federal Savings Bank and to submit said information to the United States Attorney for the

Southern District of New York for transmission to the United States Department of Justice or its

designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve

Community Federal Savings Bank with a copy of this Order and the accompanying documents.

Dated: New York, New York
            April 18, 2023    , 2023

_____
UNITED STATES DISTRICT JUDGE